IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN N. BRUNWASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action: 2:07-cv-00385 |
| | ) | |
| BUREAU OF THE PUBLIC DEBT, | ) | Judge Nora Barry Fischer |
| | ) | Magistrate Judge Amy Reynolds Hay |
| Defendant. | ) | |

## ORDER

AND NOW, this 28th day of April, 2009, after the Allen N. Brunwasser, filed an action in the above-captioned case, and after a Motion to Enforce Settlement Agreement was filed by defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until April 27, 2009, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Enforce Settlement Agreement, Dkt. [83], is granted;

IT IS FURTHER ORDERED that Plaintiff is required to execute the Release and Stipulation for Compromise Settlement (Exhibit A to Dkt. [86]) within 5 business days of the date of this Order

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

*(signature)*
NORA BARRY FISCHER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All Counsel of Record by electronic filing

Allen N. Brunwasser (via Regular Mail)